AO 458 (Rev. 06/09)  Appearance of Counsel

E-FILED
Saturday, 06 June, 2026  06:26:33 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | | |
|---|---|---|
| Sheet Metal Workers' Local No. 1 Welfare Trust Fund | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    26 cv 1164 |
| Accurate Heating & Cooling LLC and Brandon Andrews | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Accurate Heating & Cooling, LLC, and Brandon Andrews                                              .

Date:     06/06/2026

S/ Todd A. Miller
*Attorney's signature*

Todd A. Miller, 6216561
*Printed name and bar number*

Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive
Suite 3517
Chicago, IL 60606

*Address*

tam@alloccomiller.com
*E-mail address*

(312) 675 4325
*Telephone number*

(312) 675 4326
*FAX number*