E-FILED
Tuesday, 18 August, 2026 09:58:13 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS' LOCAL NO. 1 WELFARE TRUST FUND | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 26-cv-1164 |
| ACCURATE HEATING & COOLING, LLC, and BRANDON ANDREWS | ) | |
| Defendants. | ) | |

**JOINT REPORT OF RULE 26(f) PLANNING MEETING AND PROPOSED DISCOVERY PLAN**

Pursuant Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 26.2(3) the Parties have conferred and (1) given consideration to the nature and basis of their claims and defenses and the possibilities for promptly settling or resolving the case; (2) made and/or arranged for the disclosures required by Rule 26(a)(1); (3) discussed any issues about preserving discoverable information; (4) developed a proposed discovery plan; and (5) agree on all matters contained within the discovery plan, and are in agreement to waive the Rule 16 scheduling conference. Accordingly, the Parties submit the following as their proposed discovery plan.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. The Parties will exchange information and documents required pursuant to Rule 26(a)(1) of the Federal Rules of Procedure by **September 21, 2026**.

2. Amendments to any pleadings and the joinder of additional parties may depend upon the completion of discovery, and the parties shall endeavor to accomplish the same by **February 15, 2027**.

3. Expert witnesses shall be disclosed, along with any written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2) as follows:

a. Plaintiff's expert(s): **February, 15, 2027**

b. Defendant's expert(s): **March 15, 2027**

4. **Discovery** shall be completed by **May 15, 2027**. Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the party served the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

5. All **dispositive motions** shall be filed by **June 15, 2027**. Dispositive motions filed after this date will not be considered by the Court.

6. The Parties reasonably expect that this matter shall be ready for trial by **July, 2027.**

7. The Parties do not anticipate any issues regarding disclosure of electronically stored information, including the form or forms in which it should be produced.

8. Any issues regarding privilege or protection will be presented to the Court as the need arises.

SHEET METAL WORKERS' LOCAL NO. 1
WELFARE TRUST FUND, Plaintiff

By: s/ John P. Leahy
JOHN P. LEAHY
CAVANAGH & O'HARA LLP
2319 West Jefferson Street
Springfield, IL 62702
(217) 544-1771 – Telephone
(217) 544-9894 – Facsimile
johnleahy@cavanagh-ohara.com
Attorneys for Plaintiffs

ACCURATE HEATING & COOLING, LLC,
and BRANDON ANDREWS, Defendants

By: s/ Todd A. Miller (w/consent)
Todd A. Miller
ALLOCCO, MILLER & CAHILL, P.C.
20 N. Wacker Drive, Suite 3517*
Chicago, IL 60606
Telephone: 312-675-4325
Fax: 312-675-4326
tam@alloccomiller.com
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Todd A. Miller
tam@alloccomiller.com

Respectfully submitted:

By: s/ John P. Leahy

JOHN P. LEAHY
CAVANAGH & O'HARA LLP
Attorneys for Plaintiffs
2319 W. Jefferson Street
Springfield, IL 62701
(217) 544-1771 – Telephone
(217) 544-9894 – Facsimile
johnleahy@cavanagh-ohara.com