E-FILED
Tuesday, 20 October, 2026 09:20:15 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

SHEET METAL WORKERS' LOCAL NO. 1 WELFARE TRUST FUND

Plaintiff,

v.

ACCURATE HEATING & COOLING, LLC, and BRANDON ANDREWS

Defendants.

No. 26-cv-1164

**CERTIFICATE OF SERVICE**

Plaintiffs SHEET METAL WORKERS' LOCAL NO. 1 WELFARE TRUST FUND, by and through its attorneys, Cavanagh & O'Hara LLP, hereby certifies that Plaintiffs have this 20th day of October 2026 served upon the Defendant the following:

1. Plaintiffs' First Set of Interrogatories;
2. Plaintiffs' First Set of Requests for Production of Documents; and
3. Plaintiffs' First Set of Requests for Admission of Fact

at the following address:

Todd A. Miller
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
tam@alloccomiller.com

Respectfully submitted:

By: s/ John P. Leahy

JOHN P. LEAHY
CAVANAGH & O'HARA LLP
Attorneys for Plaintiffs
2319 W. Jefferson Street
Springfield, IL 62702
(217) 544-1771 – Telephone
(217) 544-9894 – Facsimile
johnleahy@cavanagh-ohara.com